# IPPOLITI LAW GROUP

LEGAL ARTS BUILDING
1225 N. KING STREET, SUITE 900
WILMINGTON, DELAWARE 19801
PH: (302) 428-1400   FX: (302) 428-9664

**Michael R. Ippoliti**
Michael@ippolitilawgroup.com

**Patrick K. Gibson**
Patrick@ippolitilawgroup.com
Admitted in DE – PA – NJ

September 14, 2018

**VIA ELECTRONIC FILING**
The Hon. Maryellen Noreika
U.S. District Court for the
District of Delaware
844 N. King Street
Unit 18, Room 3124
Wilmington, DE 19801

RE:   *Green v. Stanton, et al.* – C.A. No. 1:18-cv-00284-MN

Dear Judge Noreika,

Pursuant to Your Honor's September 14, 2018 Oral Order, the undersigned hereby respectfully submits the following status report regarding the above-captioned matter.

Plaintiff initiated this action by filing her Complaint on February 19, 2018. At the time, Plaintiff did not know the identities of the individual Defendants and pled the allegations against John Does. Thereafter, Plaintiff subpoenaed the Delaware Department of Correction ("DOC") records regarding her earlier incarceration.

In late June and early July, the DOC provided responsive documents from which Plaintiff was able to ascertain the actual names of the Defendants. On July 6, 2018, Plaintiff filed her First Amended Complaint – naming James Stanton and Timothy B. Clark ("Defendants"). Throughout this process the undersigned was in contact with Deputy Attorney General, Ryan P. Connell ("Mr. Connell"), who is copied via electronic mail.

On August 13, 2018 Mr. Connell notified the undersigned that Defendants had agreed to waive service of process. Mr. Connell requested an extension until mid-September to file a responsive pleading, which I was happy to accommodate. Defendants' responsive pleading should be filed shortly.

I thank the Court for its courtesies. If Your Honor has any questions or further concerns, I am available at the Court's convenience.

Respectfully Submitted,

IPPOLITI LAW GROUP

PATRICK K. GIBSON, ESQ.

cc: **VIA ELECTRONIC MAIL**
DAG Ryan P. Connell
Ryan.Connell@state.de.us